✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
　　　　　Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| ALAN J. HARRIS | Case No.   09-po-00064-LTM |
| | USM No. |
| | without counsel, pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    One, Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13  and C.R.S. § 42-2-101(1) | Operate Motor Vehicle without Valid Drivers License | 03/06/2009 | One |

☐  Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** $45.00 | $   10.00 | $   35.00 |

Last Four Digits of Defendant's  Soc. Sec. No.:    1304

Defendant's Year of Birth:    1979

City and State of Defendant's Residence:
Carbondale, CO 81623

11/09/2009
Date of Imposition of Judgment

_Signature of Judge_

Laird T. Milburn                    Magistrate Judge
Name and Title of Judge

11/12/2009
Date